**ORIGINAL**

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 25-0004

FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 25-0004

IN RE THE PETITION OF
RYAN BROOK DOUGLAS

ORDER

Ryan Brook Douglas has petitioned this Court for admission to active status in the State Bar of Montana after having been on inactive status since March 2024.

IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 18th day of February 2025.

For the Court,

By _____
                    Justice

FILED

FEB 1 8 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana